

### Court Of Appeals
### Fourth Court of Appeals District of Texas
### San Antonio

★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-09-00649-CV

**IN RE NINO SANDOVAL**,
Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                 Sandee Bryan Marion, Justice
                 Marialyn Barnard, Justice

Delivered and Filed: February 3, 2010

DISMISSED

The relator has filed a motion to dismiss this mandamus proceeding and his motion for emergency relief. We grant the motion and dismiss this mandamus proceeding and motion for emergency relief.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2003-CI-15135, styled *In the Interest of N.S. and A.S.*, filed in the 407th Judicial District Court, Bexar County, Texas.